

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00052-CV

| | | |
|---|---|---|
| CORY RAY SHELBY, Appellant | § | On Appeal from the 325th District Court |
| | § | of Tarrant County (325-672025-19) |
| V. | § | September 23, 2021 |
| | § | |
| SHAKKA SHANEAK JAMES, Appellee | | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to delete the court costs imposed against Cory Ray Shelby. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
Chief Justice Bonnie Sudderth